# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:19-sw- **322**
Information Associated with Apple IDs: 1) aegbinola@gmail.com )
(Target Apple ID#1) and aegbinola@icloud.com (Target Apple ) **323**
ID#2) That is Stored at Premises Controlled by Apple, Inc. )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated fully by reference herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated fully by reference herein

**YOU ARE COMMANDED** to execute this warrant on or before **November 29, 2019** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☑ until, the facts justifying, the later specific date of **May 13, 2020**

Date and time issued: **November 15, 2019 3:15pm**    /s/ David J. Novak
United States District Judge

City and state:   Richmond, Virginia    Honorable David J. Novak, U.S. District Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 3:19-sw- | Date and time warrant executed: 11/18/209 2:45pm | Copy of warrant and inventory left with: Apple Legal Dept. |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

One USB thumb drive containing files provided by Apple Inc associated with the Apple user account aegbinola@gmail.com.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/10/2019

_Executing officer's signature_

Michael R French / Special Agent
_Printed name and title_

## ATTACHMENT A
*Property to Be Searched*

This warrant applies to information and documentation associated with the accounts:

| Email Account | Case Number |
|---|---|
| 1. AEGBINOLA@GMAIL.COM (TARGET APPLE ID#1) | 3:19SW322 |
| 2. AEGBINOLA@ICLOUD.COM (TARGET APPLE ID#2) | 3:19SW323 |

(the "TARGET APPLE IDs") that is stored at premises owned, maintained, controlled, or operated by Apple Inc., a company headquartered at Apple Inc., 1 Infinite Loop, Cupertino, CA 95014.